MELISSA HOLYOAK, United States Attorney (#9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EDWARDS,<br><br>Defendant. | <u>INDICTMENT</u><br><br>Count 1: 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), Receipt of Child Pornography<br><br>Case: 4:26-cr-00013<br>Assigned To : Allen, Ann Marie Mclff<br>Assign. Date : 2/9/2026<br>Description: USA v. |

The Grand Jury charges:

<u>COUNT 1</u>
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt of Child Pornography)

Beginning on a date unknown but no later than March 29, 2021, and continuing

through November 4, 2025, in the District of Utah, and elsewhere,

ROBERT EDWARDS,

defendant herein, did knowingly receive any child pornography, and material that

contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and

transported in and affecting interstate and foreign commerce by any means, including by

computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and

(b)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C.

§ 2252A, the defendant shall forfeit to the United States of America: (i) any visual

depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or

any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in

violation of this chapter; (ii) any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from such offense; and (iii) any property, real or

personal, used or intended to be used to commit or to promote the commission of such

offense or any property traceable to such property.

The property to be forfeited includes, but is not limited to:

- iPhone 15 Pro bearing serial number DF46M7HYHT;

- iPhone SE bearing serial number F17RW50AH2XT;

- White iPhone with back and top/left cracked;

- Zebra Technologies TC52 unit ID 1891376871;

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).


A TRUE BILL:

/ s /
_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney