MELISSA HOLYOAK, United States Attorney (9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV 12940)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
(801) 524-5682 ◆ travis.elder@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT EDWARDS, <br><br> Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 4:26-cr-00013-AMA-PK <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Notice is hereby given of the entry of appearance of Travis K. Elder, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

| | |
|---|---|
| Christopher Burton (Lead Counsel) <br> Assistant United States Attorney <br> 111 South Main St., Ste. 1800 <br> Salt Lake City, Utah 84111 | Travis K. Elder (Co-Counsel) <br> Assistant United States Attorney <br> 111 South Main St., Ste. 1800 <br> Salt Lake City, Utah 84111 |

Dated this 18th day of February, 2026.

                                                MELISSA HOLYOAK
                                              United States Attorney

                                              /s/ *Travis K. Elder*
                                              TRAVIS K. ELDER
                                              Assistant U.S. Attorney